No. 548. SNOHOMISH COUNTY *v.* SEATTLE DISPOSAL Co. ET AL. Sup. Ct. Wash. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 580, Misc. SAUNDERS *v.* KROPP, WARDEN; and
No. 595, Misc. WOOLLASTON *v.* PENNSYLVANIA. Motions for leave to file petitions for writs of habeas corpus denied.

No. 528. BERGUIDO ET AL., EXECUTORS *v.* EASTERN AIRLINES, INC. C. A. 3d Cir. Motion of petitioners for consolidation with *Alitalia-Linee Aeree Italiane, S. p. A.* v. *Lisi et al.,* No. 70 (see *post,* p. 926) denied. *B. Nathaniel Richter* and *Seymour I. Toll* on the motion. *Owen B. Rhoads, F. Hastings Griffin, Jr., Daniel L. Stonebridge* and *John J. Martin* for respondent in opposition. *Theodore E. Wolcott* for respondents in No. 70 in opposition.

No. 508. LEVY, ADMINISTRATRIX *v.* LOUISIANA THROUGH THE CHARITY HOSPITAL OF LOUISIANA AT NEW ORLEANS BOARD OF ADMINISTRATORS ET AL. Appeal from Sup. Ct. La. Probable jurisdiction noted. *Norman Dorsen, Adolph J. Levy, Lawrence J. Smith* and *Melvin L. Wulf* for appellant. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *William A. Porteous, Jr.,* for appellees.

No. 510. PICKERING *v.* BOARD OF EDUCATION OF TOWNSHIP HIGH SCHOOL DISTRICT 205, WILL COUNTY. Appeal from Sup. Ct. Ill. Probable jurisdiction noted. Case set for oral argument immediately following No. 325 (see *ante,* p. 818).